

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-18-00857-CV

**INTEREST OF B.V., A CHILD**,
Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The appellee's brief is due on or before June 14, 2019.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court